AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**DEWAYNE A. JACKSON**

**CRIMINAL COMPLAINT**

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief.  On or about ___**March 30, 2006**___ in ___**WASHINGTON**___ county, in the

_____ District of ___**COLUMBIA**___ defendant did, (Track Statutory Language of Offense)

**having been convicted of a crime punishable by imprisonment for a term exceeding one year, ship and transport in interstate and foreign commerce, and possess in and affecting commerce, a firearm and ammunition, and did receive a firearm and ammunition, which had been shipped and transported in interstate and foreign commerce, that is, a Colt .45 caliber handgun and .45 caliber ammunition.**

in violation of Title ___**18**___ United States Code, Section(s) ___**922(g)(1)**___ .

I further state that I am ___**OFFICER MICHAEL JEWELL**___, and that this complaint is

based on the following facts:

## SEE ATTACHED STATEMENT OF FACTS

Continued on the attached sheet and made a part hereof:          ☒ Yes   ☐ No

_____
Signature of Complainant
**OFFICER MICHAEL JEWELL**
**FIRST DISTRICT, MPD**

Sworn to before me and subscribed in my presence,

_____          at          ___**Washington, D.C.**_____
Date                                                                          City and State

_____                    _____

**Name & Title of Judicial Officer**                    **Signature of Judicial Officer**