UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 06-107 |
| v. | : | MAGISTRATE NO. 06-0157M-01 (CR) |
| **DEWAYNE A. JACKSON,** | : | VIOLATION: 18 U.S.C. §922(g)(1) |
| **Defendant.** | : | (Unlawful Possession of a Firearm and |
| | : | Ammunition by a Person Convicted of a Crime |
| | : | Punishable by Imprisonment for a Term |
| | : | Exceeding One Year) |

## INDICTMENT

The Grand Jury charges that:

APR 27 2006

KESSLER, J. GK

### COUNT ONE

On or about March 30, 2006, within the District of Columbia, **DEWAYNE A. JACKSON**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in D.C. Superior Court Criminal Case No. F7059-91, did unlawfully and knowingly receive and possess a firearm, that is, a Colt .45 caliber semi-automatic pistol, and did unlawfully and knowingly receive and possess ammunition, that is, .45 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

A TRUE BILL:

FOREPERSON.

*Kenneth L. Wainstein (sm)*
Attorney of the United States in
and for the District of Columbia