## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 06-107 (GK)** |
| | : | |
| v. | : | |
| | : | |
| **DEWAYNE JACKSON** | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

### ORDER

Upon consideration of the Government's Motion to Impeach Defendant with Prior Convictions Pursuant to Rule 609, any opposition thereto, and the entire record in this matter, it is this _____ day of _____, 2006, hereby

ORDERED, that the Government's Motion to Impeach Defendant with Prior Convictions Pursuant to Rule 609 is GRANTED.

_____
**GLADYS KESSLER**
**UNITED STATES DISTRICT JUDGE**