UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-107 (GK) |
| | : | |
| v. | : | |
| | : | |
| DEWAYNE JACKSON | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

**ORDER**

Upon consideration of the Government's Motion to Introduce Evidence Pursuant to Federal Rule of Evidence 404(b), any opposition thereto, and the entire record in this matter, it is this _____ day of _____, 2006, hereby

ORDERED, that the Government's Motion to Introduce Evidence Pursuant to Federal Rule of Evidence 404(b) is GRANTED.

_____
**GLADYS KESSLER**
**UNITED STATES DISTRICT JUDGE**