THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Cr. No. 06-107 (GK) |
| | ) | |
| **DEWAYNE JACKSON,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**ORDER**

Upon consideration of Mr. Jackson's Motion to Suppress and the response thereto, it is by the **Court hereby**

**ORDERED** that the Motion is **GRANTED** and that the physical evidence is SUPPRESSED.

**SO ORDERED**.


_____                              _____
DATE                                                                   GLADYS KESSLER
                                                                              UNITED STATES DISTRICT JUDGE


Copies to:
Brian Rodgers, AUSA
Lara Quint, AFPD