**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 06-107 (GK)** |
| | : | |
| **v.** | : | |
| | : | |
| **DEWAYNE JACKSON,** | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

## ORDER

Upon consideration of the Defendant's Motion to Suppress Evidence, opposition thereto, and the entire record in this matter, it is this _____ day of _____, 2006, hereby

ORDERED, that the Defendant's Motion is DENIED.

_____
**GLADYS KESSLER**
**UNITED STATES DISTRICT JUDGE**