THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **Cr. No. 06-107 (GK)** |
| v. | ) | |
| | ) | |
| **DEWAYNE JACKSON** | ) | |
| | ) | |

### ORDER

Upon consideration of the Government's Motion to Impeach Defendant with Prior Convictions Pursuant to Rule 609 and the response thereto, it is by the Court hereby

ORDERED that the Motion is DENIED.

SO ORDERED.

_____                                        _____

DATE                                                                              GLADYS KESSLER
                                                                                         UNITED STATES DISTRICT JUDGE

Copies to:
Brian Rodgers, AUSA
Lara Quint, AFPD