THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | Cr. No. 06-107 (GK) |
| v. | ) | |
| | ) | |
| **DEWAYNE JACKSON** | ) | |
| | ) | |

**ORDER**

Upon consideration of the Government's Motion Seeking Admission of 404(b) Evidence and the response thereto, it is by the Court hereby

ORDERED that the Motion is DENIED.

SO ORDERED.

_____                                              _____

DATE                                                                              GLADYS KESSLER
                                                                                          UNITED STATES DISTRICT JUDGE

Copies to:
Brian Rodgers, AUSA
Lara Quint, AFPD