UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA** :
: Criminal No. 1:06-CR-107-GK-1
    V. : Trial:  9/18/2006
:
**DEWAYNE A. JACKSON** :

Government's Notice of Assignment and Appearance

The United States of America, by and through the United States Attorney for the District of Columbia, hereby gives notice to the Court that the above matter is now assigned to both Assistant U.S. Attorney Michael C. Liebman, michael.liebman@usdoj.gov, and Special Assistant United States Attorney Brian P. Rogers, brian.rogers@usdoj.gov.  Please also consider this as the notice of appearance for the United States for AUSA Liebman.

        Respectfully submitted,

        KENNETH L. WAINSTEIN
        UNITED STATES ATTORNEY


by: _____
    Michael C. Liebman
    Assistant United States Attorney
    D.C. Bar No. 479562
    555 Fourth Street, N.W., room 4231
    Washington, D.C.  20530
    353-2385


    _____
    Brian P. Rogers
    Special Assistant United States Attorney
    Maryland Bar
    601 D Street, N.W., Tenth Floor
    Washington, D.C.  20004