IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| **Plaintiff,** | : |
| v. | : Cr. No. 06-107 (GK) |
| **DEWAYNE JACKSON,** | : |
| **Defendant.** | : |

**NOTICE OF CHANGE IN COUNSEL FROM THE OFFICE OF THE
FEDERAL PUBLIC DEFENDER**

The Office of the Federal Public Defender respectfully advises the Court that Assistant Federal Public Defenders Michelle Peterson, and Mary Petras as co-counsel, have assumed responsibility for the defense of DeWayne Jackson in the above-captioned case. Mr. Jackson's case had previously been assigned to Assistant Federal Public Defender Lara Quint.

Respectfully submitted,

_____/s/_____
Michelle Peterson
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Washington, D.C. 20004
(202) 208-7500