UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Crim. No. 06-107 (GK) |
| DEWAYNE JACKSON | : | |

### ORDER

Upon consideration of Defendant's Motion to Reconsider Motion to Suppress Evidence and finding good cause shown, it is this ___ day of October, 2006, hereby

ORDERED that the motion is GRANTED.


DATE:   October     , 2006                    _____
                                              The Honorable Gladys Kessler