```
           UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF COLUMBIA
```

**UNITED STATES OF AMERICA**        )
                                    )  No. 1:06-cr-107-GK
    **v.**                            )
                                    )
**DEWAYNE A. JACKSON**              )

Government's Request For Leave To File Motion In Limine With Motion In Limine, and Memorandum Of Authorities, Concerning <u>Evidence That Police Made Forcible Entry Into Apartment Building</u>

    The United States of America, by and through the United States Attorney for the District of Columbia, hereby requests leave of court to file a motion in limine concerning evidence that the police made a forced entry into the outer doorway of an apartment building, following which the defendant was arrested when he climbed out a rear window of an apartment in the building.  As grounds for granting leave of court to file this motion after the motions deadline, the government notes that the defendant recently filed a motion to reconsider the court's ruling denying suppression that focuses extensively on this evidence.

    The government submits that the method the police used to enter the building has relevance, if at all, only to a motion to suppress physical evidence, which is an issue for the Court, not the jury.  <u>See</u> <u>United States v. Collins</u>, 142 U.S. App. D.C. 100, 104 n. 11, 439 F.2d 610, 614 n. 11 (1971); <u>Simmons v. United States</u>, 92 U.S. App. 122, 123, 206 F.2d 427, 429 (1953). Moreover, evidence that the police used a "tire iron" to force an

entry into the building, as elicited during the suppression hearing in this case, would be unfairly prejudicial to the government.  <u>See</u> Fed. R. Evid. 403.

    A proposed Order is attached.

                  Respectfully submitted,

                  JEFFREY A. TAYLOR
                  United States Attorney

       by:  _____
            Michael C. Liebman
            Assistant United States Attorney
            D.C. Bar No. 479562
            555 Fourth Street, N.W., room 4231
            Washington, D.C.  20530
            353-2385
            michael.liebman@usdoj.gov