# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 1:06-cr-107-GK |
| v. | ) | |
| | ) | |
| DEWAYNE A. JACKSON | ) | |

Government's Proposed Final Jury Instruction Concerning
Reasonable Doubt

The United States of America, by and through the United States Attorney for the District of Columbia, hereby proposes the following final jury instruction concerning reasonable doubt:

> The government has the burden of proving the defendant guilty beyond a reasonable doubt.  Some of you may have served as jurors in civil cases where you were told that it was only necessary to prove that a fact is more likely true than not true.  We call that the preponderance of the evidence.  In criminal cases, the government's proof must be more powerful than that; it must be beyond a reasonable doubt.  Proof beyond a reasonable doubt is proof that leaves you firmly convinced of the defendant's guilt.  There are very vew things in this world that we know with absolute certainty, and in criminal cases the law does not require proof that overcomes every possible doubt.  If based on your consideration of the evidence you're firmly convinced the defendant is guilty of the crime charged, it is your duty to find him guilty.  If on the other hand you think there is a real possibility that the defendant is not guilty, you must give him the benefit of a doubt and find him not guilty.

See United States v. Taylor, 302 U.S. App. D.C. 349, 354, 997 F.2d 1551, 1556 (1993).

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney


by:    _____
       Michael C. Liebman
       Assistant United States Attorney
       D.C. Bar No. 479562
       555 Fourth Street, N.W., room 4231
       Washington, D.C.  20530
       353-2385
       michael.liebman@usdoj.gov