UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
) No. 1:06-cr-107-GK
v. )
)
DEWAYNE A. JACKSON )

ORDER

Upon request of the government, and for good cause shown therefor, leave of court is granted for the government to file a motion in limine as to evidence that the police forcibly entered the outer door of the apartment building at issue in this case, i.e., at 1418 First Street, S.W., Washington, D.C., and the motion is granted. Accordingly, evidence that the police forcibly entered the outer door of that building shall not be admissible at trial.

SO ORDERED.

Oct 10, 2006
date

The Honorable Gladys Kessler
United States District Judge
District of Columbia