**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | )   **No. 1:06-cr-107-GK** |
| **v.** | ) |
| | ) |
| **DEWAYNE A. JACKSON** | ) |

Exhibit List for the Government

Exhibit 1:      overhead photomap of area of First and P Streets, S.W.,Washington, D.C.

Exhibit 2:      photograph of rear of building showing partially broken out screen window

Exhibit 3:      photograph of base of building showing gun on the ground and vent covered with wire guard

Exhibit 4:      photograph of gun on ground, leaning against wall

Exhibit 5:      .45 caliber pistol

Exhibit 6:      four rounds of .45 caliber ammunition

Exhibit 7:      Certified copy, with raised seal, of Judgment and Commitment Order, in United States of America vs. Dwayne Jackson, case number 7059-91

Exhibit 7A:     Certified copy, with raised seal, of front of court jacket from The United States versus Dwayne A. Jackson, case number 7059-91

Exhibit 8:      Stipulation concerning interstate commerce

Exhibit 101:    MPD form PD 163

Exhibit 102:    Transcript of testimony of Michael Newton on June 12, 2006

Exhibit 201:    MPD form 791

Exhibit 202:    Transcript of testimony of Michael Jewell on April 20, 2006

Exhibit 203:    Transcript of testimony of Michael Jewell on June 12, 2006

Exhibit 301:    MPD forms PD 81 and PD 14 completed by Brett
                Bartholomew (3 pp.)

Exhibit 302:    Transcript of testimony of Brett Bartholomew on
                April 10, 2006

Exhibit 303:    MPD form PD 14 completed by Z.E. Melby

Exhibit 401:    MPD forms PD 668, PD 860, and PD 307, and copies
                of the reverse of two forms dated Thursday, March
                30, 2006, describing from where fingerprints were
                lifted (4 pp.)

                        Respectfully submitted,
                        JEFFREY A. TAYLOR
                        United States Attorney


                by:     _____
                        Michael C. Liebman
                        Assistant United States Attorney
                        D.C. Bar No. 479562
                        555 Fourth Street, N.W., room 4231
                        Washington, D.C.  20530
                        353-2385
                        michael.liebman@usdoj.gov