UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

*United States of America* )
)
)
)
)
            vs.              )         civil/Criminal No. _06-107_
)
)                    **FILED**
)
*Dewayne Jackson*            )                 OCT 1 3 2006

NOTE FROM JURY              NANCY MAYER WHITTINGTON, CLERK
                                U.S. DISTRICT COURT

We would like to see the gun.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Date: _10.13-06_              _____
                                        FOREPERSON

Time: _4:05 pm_

                                              CO-109A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States of America )
                         )
                         )
                         )
                         )
          vs.            )      Civil/Criminal No. 06-107
                         )
                         )           **FILED**
Dewayne Jackson          )
                         )          OCT 1 3 2006

                                NANCY MAYER WHITTINGTON, CLERK
          NOTE FROM JURY          U.S. DISTRICT COURT

We need the evidence that was submitted
@ the end of the Defenses case. It
was a binder. Can we have that Binder.

Statement of fact from the initial
Arrest by officer Jewell.

Date: 10/13/06 _____        _____ FOREPERSON

Time: _____

CO-109A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States of America )
)
)
)
vs. )          Civil/Criminal No. 06-107
)
)                    **FILED**
Dewayne Jackson )
)                    OCT 13 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**NOTE FROM JURY**

- We need the evidence that was submitted @ the end of the Defenses case. It was a binder. Can we have that binder.

- Statement of fact from the initial Arrest by officer Jewell.

Ladies and Gentlemen,

The jury has all the evidence that has been admitted. As to the "binder" you mentioned only the portion that was read during the trial was admitted at the end of Defendant's case. You should not speculate as to what is or is not in any other portion because it is not in evidence.

Kessler
10/13/06

Date: 10/13/06 _____          _____
                                      FOREPERSON

Time: _____

3:35 pm

CO-109A