UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

*United States of America*

vs.

*Dewayne Jackson*

Civil/Criminal No. 06-107

**FILED**
OCT 16 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### NOTE FROM JURY

Can we get definitions for the following: Whimsical Doubt, Fanciful Doubt, Doubt based on Conjecture.

Date: 10/16/06

Time: 10:16 Am

FOREPERSON

CO-109A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_United States of America_ )
)
)
vs. )   Civil/Criminal No. _06-107_
)
)
_Dewayne Jackson_ )

**FILED**
OCT 16 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NOTE FROM JURY

Can we get definitions for the following: Whimsical Doubt, Fanciful Doubt, Doubt based on Conjecture.

Ladies and Gentlemen,
There are no hard and fast definitions of those terms. You should use your own judgment as you consider application of these terms in the context of the entire instruction on reasonable doubt.

Date: _10/16/06_           _____
                                           FOREPERSON
Time: _10:16 Am_

CO-109A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

*United States of America*

vs.

*Dewayne Jackson*

Civil/Criminal No. 06-107

**FILED**

OCT 1 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**NOTE FROM JURY**

We Are unable to Reach a unanimous Verdict.

Date: 10/16/06

Time: 1:55 pm

FOREPERSON

CO-109A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| v. | : | Criminal Case No. 06-107 (GK) |
| DEWAYNE JACKSON, | : | |
| Defendant. | : | |

**FILED**

OCT 1 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**NOTE FROM JURY**

We have deliberated in good faith and we the jury are hopelessly Deadlocked.

Date: 10/16/06

Time: 4:04 pm

_____
Foreperson