```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA      :   No. 1:06-cr-107-GK
                              :
          v.                  :
                              :
DEWAYNE A. JACKSON,           :
                              :
          Defendant           :
```

Government's Proposed Special Voir Dire Question

The United States of America, by and through the United States Attorney for the District of Columbia, hereby proposes that the following special voir dire question be used during jury selection:

If you are selected as a juror in this case, the Court will instruct you that the weight of the evidence is not necessarily determined by the number of witnesses testifying for each side. Do you believe you could find the defendant guilty even if only one witness testified as to his guilt, if you found beyond a reasonable doubt that the witness's testimony was truthful and accurate?

See Green v. Travis, 414 F.3d 288, 300-01 (2d Cir. 2005); Braswell v. Dretke, 2004 WL 2583605, at *11 (N.D. Tex., Nov. 12, 2004), findings accepted, 2005 WL 10658865 (N.D. Tex., May 2, 2005); Criminal Jury Instructions for the District of Columbia, Instr. 2.13 (4th rev. ed., 2005).

        Respectfully submitted,

        JEFFREY A. TAYLOR
        UNITED STATES ATTORNEY

by:   _____
        Michael C. Liebman
        Assistant United States Attorney
        D.C. Bar No. 479562
        555 Fourth Street, N.W., room 4231
        Washington, D.C.  20530
        353-2385
        michael.liebman@usdoj.gov