```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA      :   No. 1:06-cr-107-GK
                              :
        v.                    :
                              :
DEWAYNE A. JACKSON,           :
                              :
        Defendant             :
```

Government's Proposed Final Jury Instructions

The United States of America, by and through the United States Attorney for the District of Columbia, hereby proposes the following final jury instructions for use in the above case.[1]

Instr. 2.01 (Function of the Court)

Instr. 2.02 (Function of the Jury)

Instr. 2.03 (Jury's Recollection Controls)

Instr. 2.04 (Evidence in the Case--Judicial Notice, Stipulations, Depositions)--excluding references to judicial notice and depositions

Instr. 2.05 (Statements of Counsel)

Instr. 2.06 (Indictment or Information Not Evidence)--excluding reference to Information

Instr. 2.07 (Inadmissible and Stricken Evidence)

Instr. 2.08 (Burden of Proof--Presumption of Innocence)

Instr. 2.09 (Reasonable Doubt)

Instr. 2.10 (Direct and Circumstantial Evidence)

Instr. 2.11 (Credibility of Witnesses)

---

[1] All references are to Criminal Jury Instructions for the District of Columbia (B. Bergman, ed., 4th rev. ed. 2005) (the "Red Book").

Instr. 2.13 (Number of Witnesses)

Instr. 2.14 (Nature of Charges Not to be Considered)

Instr. 2.44 (Flight or Concealment by Defendant)

Instr. 2.71 (Selection of Foreperson)

Instr. 2.72 (Unanimity)

Instr. 2.73 (Exhibits During Deliberations)

Instr. 2.74 (Possible Punishment Not Relevant)

Instr. 2.75 (Communications Between Court and Jury During Deliberations)

Instr. 2.76 (Furnishing the Jury With a Copy of the Instructions)

Instr. 3.02 (Proof of State of Mind)

Instr. 3.08 (Possession--Defined)

Instr. 4.79 (Gun Control Act--Possession of Firearm After Conviction of Felony)--The words "or ammunition" should be added at the appropriate points.

                                Respectfully submitted,

                                JEFFREY A. TAYLOR
                                UNITED STATES ATTORNEY


              by: _____
                   Michael C. Liebman
                   Assistant United States Attorney
                   D.C. Bar No. 479562
                   555 Fourth Street, N.W., room 4231
                   Washington, D.C.  20530
                   353-2385
                   michael.liebman@usdoj.gov