UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 1:06-cr-107-GK |
| | : | |
| v. | : | **FILED** |
| | : | |
| DEWAYNE A. JACKSON, | : | NOV 3 0 2006 |
| Defendant | : | |
| | : | NANCY MAYER WHITTINGTON, CLERK |
| INFORMATION | | U.S. DISTRICT COURT |

KESSLER, J. GK

The United States Attorney for the District of Columbia informs the Court that on or about March 30, 2006, within the District of Columbia, Dewayne A. Jackson did possess a certain firearm, to wit, a .45 caliber Colt pistol, without being the holder of a valid registration certificate, in violation of D.C. Code § 7-2502.01(a) (2001 ed.).

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

by: /s/ Michael C. Liebman
Michael C. Liebman
Assistant United States Attorney

**SUPERSEDING**