AO 455 (Rev. 5/85)   Waiver of Indictment  ●

# United States District Court

———————————— DISTRICT OF ————————————

UNITED STATES OF AMERICA

V.

*Dewayne A. Jackson*

**WAIVER OF INDICTMENT**

**FILED**

CASE NUMBER: *06 - 107*

NOV **3 0** 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, *Dewayne A. Jackson*, the above named defendant, who is accused of

*possession of an unregistered firearm*

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive

in open court on *November 30, 2006* prosecution by indictment and consent that the
Date

proceeding may be by information rather than by indictment.

_____
*Dewayne Jackson*
**Defendant**

_____
**Counsel for Defendant**

Before *Gladys Kessler* — *11/30/06*
**Judicial Officer**